# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIAN MCKNIGHT,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 74418

**FILED**

JAN 1 8 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion for the courts review of witness tampering and continued conflict of interest." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Kathleen E. Delaney, District Judge
       Adrian McKnight
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

18-02543